```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
JON HENSLEY,

                 Plaintiff,           19cv5221 (JGK)

     - against -                      ORDER

KIRBY OFFSHORE MARINE INC. et al.,

                 Defendants.
------------------------------------
```

JOHN G. KOELTL, District Judge:

    The Clerk is directed to close this case.

**SO ORDERED.**

Dated:   New York, New York
           May 4, 2020          /s/ John G. Koeltl
                                John G. Koeltl
                          United States District Judge